UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIN XU,<br><br>        Plaintiff,<br><br>        v.<br><br>MATTHEW CHAN, et al.,<br><br>        Defendants. | Case No. 2:19-cv-06950-JLS-JC<br><br>JUDGMENT |

In accordance with the Order Dismissing Complaint and Action, IT IS HEREBY ADJUDGED that the Complaint is dismissed without leave to amend and this action is dismissed without prejudice to any relief to which plaintiff may be entitled in the action he currently has pending in the United States Court of Appeals for the Ninth Circuit.

IT IS SO ADJUDGED.

DATED: September 23, 2019

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE